United States District Court
Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
801 Broadway
Nashville, Tennessee 37203
(615) 736-7396

**Clerk**
**U.S. District Court**
**Clifford Davis and Odell Horton**
 **Federal Building**
167 North Main Street, Room 242
Memphis, TN 38103

Re: ACCEPTANCE OF JURISDICTION
USA v. William Harness
Western District of Tennessee Criminal Case No. 2:10-20194-01-Ma
Assigned Middle District of Tennessee Criminal Case No. 3:16-00247

Dear Clerk:

Enclosed please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **Chief Judge Kevin H. Sharp.**

All documents that we need have been retrieved from your website. It is not necessary for your Court to send any further documentation.

Sincerely,

*Joyce A. Brooks*

Joyce A. Brooks
Criminal Docketing Clerk

Enclosure