# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 10-20194 |
| vs. | ) 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 843(b) |
| WILLIAM HARNESS, | ) |
| Defendant. | ) |

**RECEIVED**

APR 28 2010

United States District Court
Western Tennessee

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about March 31, 2010, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------WILLIAM HARNESS------------------------------

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812 and Title 21, Code of Federal Regulations, Section 1308.12, in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about March 31, 2010, in the Western District of Tennessee and elsewhere, the defendant,

---------------------------------------------------WILLIAM HARNESS---------------------------------------------------

did knowingly and intentionally use a communications facility, that is, a cellular telephone, in causing and facilitating the commission of an act constituting a felony under the Controlled Substances Act, that is, attempted possession with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812 and Title 21, Code of Federal Regulations, Section 1308.12, in violation of Title 21, United States Code, Section 846, in further violation of 21 United States Code, Section 843(b).

A TRUE BILL:

S/Grand Jury Foreperson
**FOREPERSON**

DATED: *April 28, 2010*

**UNITED STATES ATTORNEY**

-2-