IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Filed in Open Court 10/25/11 |
| vs. | ) |
| | ) Criminal No. 10-20194-SHM |
| | ) |
| WILLIAM HARNESS, | ) |
| | ) |
| Defendant. | ) |

## PLEA AGREEMENT

The parties hereto, the United States, represented by EDWARD L. STANTON, III, United States Attorney for the Western District of Tennessee, and ~~JOSEPH C.~~ JERRY R. ~~MURPHY, JR.~~ KITCHEN, Assistant United States Attorney, and the defendant, WILLIAM HARNESS, represented by DAVID BELL, defense counsel, enter into the following Plea Agreement pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure:

1. WILLIAM HARNESS agrees that he will enter a voluntary plea of guilty to count(s) 1 of the indictment.

2. The United States agrees to dismiss any remaining counts of the indictment against the defendant at the appropriate time.

3. Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the defendant receiving acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The defendant understands that if the United States receives information between the signing of this

agreement and the time of the sentencing that the defendant has previously engaged in, or if he engages in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation in any additional criminal activities between now and the time of sentencing, this position could change. Further, the defendant understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is a matter to be determined by the district court. Failure of the district court to grant acceptance of responsibility credit is not a basis for WILLIAM HARNESS to withdraw his guilty plea.

4. The defendant understands and agrees that the special assessment is due and payable to the United States District Court clerk's office immediately following the defendant's sentencing.

5. WILLIAM HARNESS agrees that this plea agreement constitutes the entire agreement between himself and the United States and that no threats have been made to induce him to plead guilty. By signing this document, WILLIAM HARNESS acknowledges that he has read this agreement, has discussed it with his attorney and understands it.

FOR THE UNITED STATES:

EDWARD L. STANTON III
UNITED STATES ATTORNEY

JOSEPH C. MURPHY, JR. Jerry R. Kitchen         10/25/11
Assistant United States Attorney                Date

DAVID BELL                                      10-25-2011
Defense Counsel                                 Date

X W_____                                  10-25-2011
WILLIAM HARNESS                                 Date
Defendant