Case 2:10-cr-20194-SHM   Document 68   Filed 04/06/15   Page 1 of 1   PageID 275

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WILLIAM HARNESS** | )<br>)<br>)<br>)  Case No: 2:10CR20194-Ma<br>)  USM No: 19503-075 |
| Date of Original Judgment:  01/31/2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  David Bell<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    fifty-seven (57) months    **is reduced to**   forty-six (46) months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    01/31/2012    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    04/06/2015                              s/ *Samuel H. Mays, Jr.*
                                                           *Judge's signature*

Effective Date:   11/01/2015                           SAMUEL H. MAYS, JR., UNITED STATES DISTRICT JUDGE
         *(if different from order date)*                   *Printed name and title*